UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Elizabeth A. M., | Case No. 19-cv-3073 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Andrew Saul, *Commissioner of Social Security*, | |
| Defendant. | |

---

This matter is before the Court on the December 14, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 16.) No objections were filed. In the absence of objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 14, 2020 R&R, (Dkt. 16), is **ADOPTED**.

2. Defendant Andrew Saul's motion for summary judgement, (Dkt. 14), is **DENIED**.

3. Plaintiff Elizabeth A. M.'s motion for summary judgement, (Dkt. 12), is **GRANTED IN PART** to the extent that Plaintiff seeks remand for further proceedings.

4. This case is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 17, 2021                                             s/Wilhelmina M. Wright
                                                                     Wilhelmina M. Wright
                                                                     United States District Judge